

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FIFTEENTH DISTRICT, AT AUSTIN

No. 15-25-00095-CV

**Primexx Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund II, LP**
**v.**
**Primexx Energy Corporation, M. Christopher Doyle, Angelo Acconcia, Blackstone Inc., Blackstone Holdings III LP, Blackstone EMA II LLC, BMA VII LLC, Blackstone Energy Management Associates II LLC, Blackstone Energy Partners II LP, Blackstone Management Associates VII LLC, Blackstone Capital Partners VII LP, BCP VII/BEP II Holdings Manager LLC, BX Primexx Topco LLC, and BPP Holdco LLC**

(No. 24-BC01B-0010 IN BUSINESS COURT DIVISION 1B OF TRAVIS COUNTY)

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 06/25/2025 | E-PAID | ANT |
| RPT RECORD | $0.00 | 06/15/2025 | PAID | ANT |
| CLK RECORD | $5,750.00 | 05/29/2025 | PAID | ANT |
| CHAPTER 51 | $50.00 | 05/29/2025 | E-PAID | ANT |
| FILING | $100.00 | 05/29/2025 | E-PAID | ANT |
| INDIGENT | $25.00 | 05/29/2025 | E-PAID | ANT |
| STATEWIDE EFILING | $30.00 | 05/29/2025 | E-PAID | ANT |

**The costs incurred on appeal to the Fifteenth Court of Appeals, Austin, Texas: $5,965.00**
**Balance of costs owing to the Fifteenth Court of Appeals, Austin, Texas:   0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

    I, **CHRISTOPHER A. PRINE, CLERK** OF THE FIFTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fifteenth District of Texas, this November 4, 2025.



**CHRISTOPHER A. PRINE, CLERK**